No. 241. TOM WE SHUNG v. BROWNELL, ATTORNEY GENERAL, ET AL. Certiorari, 346 U. S. 854, to the United States Court of Appeals for the District of Columbia Circuit. Argued December 3–4, 1953. Decided December 7, 1953. *Per Curiam:* The judgment is vacated and the case is remanded to the District Court with directions to dismiss the complaint. *Heikkila* v. *Barber,* 345 U. S. 229. MR. JUSTICE BLACK would re-

verse the judgment of the Court of Appeals. MR. JUS-
TICE DOUGLAS and MR. JUSTICE JACKSON dissent.

*Jack Wasserman* argued the cause and filed a brief for
petitioner. *Murray L. Schwartz* argued the cause for re-
spondents. With him on the brief were *Acting Solicitor
General Stern, Assistant Attorney General Olney, Beatrice
Rosenberg, J. F. Bishop, L. Paul Winings* and *Maurice
A. Roberts.*